22346335



Exhibit A





Print Date: May 22, 2023                                        22B46335 - (D8) Page: 3 of 33

LANG000199



LANG000200











Print Date: May 22, 2023

22B46335 - (D8) Page: 9 of 33

LANG000205



10

LANG000206



**Screen 1:**

4:46  60%

← S  Scott @
⏱ 1w

Fri, Jul 22

Have a good evening! Maybe we can get together the week of august 1st?
6:02 pm

Go out for a drink or something
6:02 pm

I will have Sunday the 31st and August 1st off it's when my schedule changes
6:06 pm

I'll confirm though  6:06 pm

I'll have august 1st off  6:07 pm

Ok I do work the next morning
6:08 pm

Yikes, so I guess it can't be a late night
6:14 pm

If it doesn't work for you we can try to do it another time. You definitely

Signal message

**Screen 2:**

4:46  59%

← S  Scott @
⏱ 1w

Fri, Jul 22

I get my schedule  6:16 pm

Anything fun planned tonight?
6:16 pm

A beer with colleagues maybe after work
6:18 pm

Awesome! Enjoy. This sunny warm weather is great for drinking beer!
6:19 pm

I guess anytime is a good time for drinking beer :)
6:19 pm

Yes  8:51 pm

Sat, Jul 23

I hope you have a good night at work
7:08 pm

Signal message

**Screen 3:**

4:46  59%

← S  Scott @
⏱ 1w

Fri, Jul 22

I hope you have a good night at work
7:08 pm

Thank you Jasmine :)
Just getting ready now. Enjoy your Saturday evening!
7:10 pm

Not going out but will still Make the best of ot
7:31 pm

Your plans changed, I thought you were out tonight?
7:32 pm

Had sold off s falling out with my friend. She is hot n cold and is mean and nasty. Not gonna hangout with someone like that. Today she acted like nothing was wrong. I don't operate like that
7:34 pm

That sucks, sorry to hear that. Have you been friends long?
7:35 pm

Signal message

11

LANG000207



**Screen 1:**

4:46

S Scott @
⏱ 1w

Sat, Jul 23
That sucks, sorry to hear that. Have you been friends long? 7:35 pm

Why did you guys argue? 7:36 pm

What about? 7:36 pm

▶ 0:01 ● 7:47 pm

▶ 0:26 ● 7:48 pm

Well that's shitty but I'm sure you guys will eventually make up. So what are you going to do tonight? 7:51 pm

Not sure 8:14 pm

Signal message

**Screen 2:**

4:47

S Scott @
⏱ 1w

Sat, Jul 23
Not sure 8:14 pm

She just messaged me but not to apologize 8:15 pm

Well she said sorry to some of her behavior not all 8:15 pm

Sun, Jul 24
Well I guess we know how my evening went 12:24 am

Lol same as mine...it's been busy 12:40 am

Shitty huh 12:41 am

Ya, maybe I was meant but to go out tonight 12:51 am

Yeah you should've! We are still working on it. I found out who the

Signal message

**Screen 3:**

4:47

S Scott @
⏱ 1w

driver was 12:52 am

Sun, Jul 24
Dangerous dude 12:52 am

I hadnt even walked inside my Apartment 12:53 am

Seriously? Go in a pour yourself a glass of wine 12:54 am

Stressful night for you 12:54 am

Eh I'm fine but yes wine is in hand 12:54 am

👍

For someone who doesn't like drama it follows me 12:55 am

You did good. Good job 12:56 am

Oli can't help but help 12:56 am

12:56 am

Signal message









LANG000212







Print Date: May 22, 2023

22B46335 - (D8) Page: 19 of 33

LANG000215





**Screen 1:**

4:52

← S  Scott @
     ⏰ 1w

Yesterday

Self Insecure  10:23 pm ⏰ ⌣

I think I'd try the bi sexual thing I the
right setting. Plus I really love the
incest thing…. Please explain
                              10:24 pm ⏰

16 is perfect  10:24 pm ⏰

I just love looking at young pics
                              10:25 pm ⏰

Exactly my point im 38 kind of hard
to compete with your fantasy only
                              10:25 pm ⏰ ⌣

I wish you'd enjoy that with me
                              10:25 pm ⏰

Once in awhile of fine but it seems
the only thing you want
                              10:26 pm ⏰ ⌣

So you're ok with me liking 16 year

😊 Signal message 📷 🎤    ➕

**Screen 2:**

4:52

← S  Scott @
     ⏰ 1w

Yesterday

Doesnt m... good there is
no potential for me to be enough.
                              10:27 pm ⏰ ⌣

I bett that  10:27 pm ⏰ ⌣

Get that  10:28 pm ⏰ ⌣

It's all you talk about  10:28 pm ⏰ ⌣

Never mind, I was just trying to
share                10:28 pm ⏰

I think I might be bi too  10:29 pm ⏰

Not sure you are really into me.  I'm
trying to be supportive
                              10:29 pm ⏰ ⌣

But I get you  10:29 pm ⏰

No worries  10:29 pm ⏰

I get it  10:29 pm ⏰

😊 Signal message 📷 🎤    ➕

**Screen 3:**

4:52

← S  Scott @
     ⏰ 1w

Yesterday

But are you ... ME or what I
can help you explore?
                              10:31 pm ⏰ ⌣

I need to know  10:31 pm ⏰ ⌣

Seriously  10:32 pm ⏰ ⌣

I want you  10:32 pm ⏰ ⌣

But I want to explore  10:32 pm ⏰ ⌣

I don't play games I speak my truth
I'm honest I'm not judgmental
                              10:32 pm ⏰ ⌣

I'm not playing games  10:33 pm ⏰

We probably don't wa t the same
things                10:33 pm ⏰

When all you talk about is your
fantasies and you don't actually
want to talk to me about anything
                              10:33 pm ⏰ ⌣

😊 Signal message 📷 🎤    ➕

Print Date: May 22, 2023                                   22B46335 - (D8) Page: 21 of 33

LANG000217



LANG000218











LANG000223



Print Date: May 22, 2023

LANG000224





LANG000226



LANG000227



"Today" = 7/26/22



33

LANG000229