# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL SCOTT LANGTON,

Plaintiff(s),

v.

THE CITY OF BELLINGHAM, et al.,

Defendant(s).

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER 2:24-cv-01073-KKE

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court GRANTS Defendants' motion for summary judgment.

Dated May 4, 2026.

Joshua C. Lewis
Clerk of Court

*/s/ Alejandro Pasaye Hernandez*
Deputy Clerk